# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRENDA D. CURRY, § § § v. § § THE BANK OF NEW YORK MELLON § F/K/A THE BANK OF NEW YORK, AS § TRUSTEE FOR THE CERTIFICATE § HOLDERS CWABS, INC., ASSET- § BACKED CERTIFICATES, SERIS 2006-9 § § | CIVIL ACTION NO. 4:16-CV-00654 (JUDGE MAZZANT/JUDGE JOHNSON) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 2, 2017, the report of the Magistrate Judge (Dkt. #33) was entered containing proposed findings of fact and recommendations that Defendant's Motion for Final Summary Judgment (Dkt. #14) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion for Final Summary Judgment (Dkt. #14) is **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 25th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE